IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-267-WKW |
| | ) | |
| RICHARD A. EVANS | ) | |

## ORDER

This case is before the Court on Defendant Richard Evans's Second Unopposed Motion to Continue Trial. (Doc. # 58.) The criminal case is currently set for trial during the week of April 23, 2007. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Mr. Evans in a speedy trial. In support of his motion to continue, Mr. Evans represents that he is cooperating with the government and that the parties expect the case to

be resolved by way of a guilty plea.  Furthermore, Mr. Evans represents that resolution of this case must be coordinated by the government with cases pending in other federal districts.

Accordingly, it is ORDERED that the motion (Doc. # 58) is GRANTED.  Trial in this matter is continued from April 23, 2007, to the criminal term of court beginning on August 6, 2007, at 10:00 a.m.

DONE this 10th day of April, 2007.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE